UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KENEISHA WASHINGTON**,

 *Plaintiff*,

 v.

**CAPITAL COMMUNITY BANK, INC., et al.**,

 *Defendants*.

Case No.: 8:25-cv-00055

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW**, the Plaintiff, **KENEISHA WASHINGTON**, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby **DISMISSES** this action with prejudice, effective April 8, 2025, with each party to bear her or its own costs and attorney's fees.

        **SERAPH LEGAL, P. A.**

        /s/ *Megan Rosenberg*
        Megan A. Rosenberg, Esq.
        Florida Bar Number: 1005213
        MRosenberg@SeraphLegal.com
        2124 W. Kennedy Blvd., Suite A
        Tampa, FL 33606
        Tel: 813-567-1230 (Ext: 404)
        Fax: 855-500-0705
        *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and served via e-Notice to all counsel of record.

/s/ *Megan Rosenberg*

Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213